**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6108**

MARVIN EDUARDO LUNA GOMEZ,

Plaintiff - Appellant,

v.

VIRGINIA EMPLOYMENT COMMISSION, EBT/Employment Benefits; ELLEN MARIE HESS, Commissioner of the Virginia Employment Commission; TAMMY P. WINSTON, Management Analyst for the Virginia Employment Commission; DIANA Y. BROWN, Management Analyst for the Virginia Employment Commission; DEPUTY, # VEC 673,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00750-MHL-MRC)

Submitted:  June 15, 2023                                         Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Eduardo Luna Gomez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Eduardo Luna Gomez appeals the district court's order dismissing his 42 U.S.C. § 1983 action as time barred.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Gomez v. Va. Emp. Comm'n*, No. 3:20-cv-00750-MHL-MRC (E.D. Va. Jan. 4, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
